IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 6:22-CR-30 |
| v. | § § | |
| | § | JUDGE BARKER/MITCHELL |
| DANIEL DYLAN SKIPWORTH | § | |

## **FACTUAL BASIS**

Investigation by the Federal Bureau of Investigation (FBI) and the City of Tyler (Texas) Police Department (TPD) disclosed the following facts that establish that I, the defendant, **Daniel Dylan Skipworth**, violated 18 U.S.C. § 2423(a), Transportation of a Minor to Engage in Sexual Activity, as alleged in Count One of the information. I accept the following factual basis as true and correct:

1. That I, the defendant, **Daniel Dylan Skipworth**, am changing my plea to guilty and I am the same person charged in the information.

2. That the events described in the information occurred in the Eastern District of Texas and elsewhere.

3. On or about April 15, 2021, I knowingly transported Victim 1, a minor who had not attained the age of 18, in interstate commerce, from her residence in Alabama to my residence located in Tyler, Texas, to engage in sexual activity for which a person can be charged with a criminal offense, specifically 18 U.S.C. § 2243(a), Sexual Abuse of a Minor, under the laws of the United States.

4. At the time, I knew Victim 1 was a minor who was less than 18 years of age. Specifically, I knew Victim 1 was 13 years old, which was more than four years younger than me.

5. I admit and stipulate that I unduly influenced Victim 1, a minor, to engage in the commission of a sex act or sexual contact.

6. I admit and stipulate that the offense involved the use of a computer and the internet.

7. I admit and stipulate that the offense involved the commission of a sex act or sexual contact.

8. I stipulate that the United States is entitled to an order of forfeiture for the following:

> (1) An LG, model V60, cellular telephone, bearing serial number SIM: 8901410227272711.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGEMENT

I have read (or had read to me) this Factual Basis and I am pleading guilty to Count One of the information in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel that he has provided me. I acknowledge that I violated 18 U.S.C. § 2423(a) (Transportation of a Minor to Engage in Sexual Activity). I hereby stipulate that the facts described above are true and correct and accept them as the uncontested facts of this case.

Dated: 3-8-2022

DANIEL DYLAN SKIPWORTH
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGEMENT

I have read this Factual Basis and the indictment and have reviewed them with my client. Based on my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the indictment and that he has signed the Factual Basis voluntarily.

Dated: 3-8-2022

J. BRETT HARRISON
Attorney for Defendant

Factual Basis - Page 3